IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
22 OCT 31 PM 4:18
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Transactly, Inc.

-vs-

Move-In-Ready, LLC et al

Case No. 1:22-cv-00987-LY

### ORDER

BE IT REMEMBERED on this the **31st** day of **October**, 20**22** there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Edward 'Coach' Weinhaus** ("Applicant"), counsel for **Transactly, Inc.** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Transactly, Inc.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **31st** day of **October** 20**22**.

_____
UNITED STATES DISTRICT JUDGE